**Order entered December 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01364-CV

### IN RE: MICHAEL A. BLOOM, Relator

**Original Proceeding from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-03181-3**

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/     DAVID J. SCHENCK
        JUSTICE